IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL JACKSON**<br>210 Holmar Drive<br>Brandon, MS 39047<br><br>      Plaintiff,<br><br>v.<br><br>**TETRA TECHNOLOGY**<br>350 Presto-Sygan Road<br>Bridgeville, PA 15017<br><br>      Defendant | **JURY TRIAL DEMANDED**<br><br>CASE NO.  2:23-cv-01850-NBF |

## JOINT STIPULATION AND ORDER OF COURT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, hereby stipulate to amend the case caption to correct Defendant's name in the above-entitled matter as follows:

Plaintiff: MICHAEL JACKSON,

v.

Defendant: TETRA TECHNOLOGIES, INC.

Docket Number: 2:23-cv-01850-NBF

The parties further stipulate that all pleadings, motions, and other documents filed in this action shall reflect the amended case caption as set forth above, effective immediately upon the Court's approval of this Joint Stipulation.

| | |
|---|---|
| LAW OFFICES OF ERIC A. SHORE, P.C. | JACKSON LEWIS P.C. |
| BY:  /s/ *Briana Lynn Pearson, Esq.*<br>BRIANA LYNN PEARSON, ESQUIRE<br>PA ID NO. 327007<br>1500 John F. Kennedy Boulevard<br>Philadelphia, PA 19102 | BY: /s/ *Jessica K. Albert, Esq.*<br>JESSICA K. ALBERT, ESQUIRE<br>PA ID No. 309666<br>1001 Liberty Avenue, Suite 1000<br>Pittsburgh, PA 15222 |

IT IS HEREBY ORDERED that the Stipulation is APPROVED and the Clerk of Court shall amend the caption accordingly.

Dated:  April 3, 2024        *s/Nora Barry Fischer*
                    Nora Barry Fischer, Senior U.S. District Judge