IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL JACKSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TETRA TECHNOLOGIES, INC., )<br>)<br>Defendant. ) | Civil Action No. 23-1850<br>Judge Nora Barry Fischer |

### ORDER OF COURT

AND NOW, this 23rd day of October, 2024, upon consideration of the Joint Stipulation of Dismissal With Prejudice filed jointly by Plaintiff Michael Jackson and Defendant Tetra Technologies, Inc., (Docket No. 33),

IT IS HEREBY ORDERED THAT said Stipulation is GRANTED;

IT IS FURTHER ORDERED THAT:

1. The above-captioned action, including all claims and counterclaims asserted therein, has been resolved and shall be and hereby is dismissed with prejudice;

2. Each party shall bear its own costs, expenses, and attorneys' fees; and,

3. The Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.